

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2015

No. 04-15-00311-CR

Rafael Tellez **MENDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9933
Honorable Raymond Angelini, Judge Presiding

## O R D E R

The State's brief was originally due to be filed on October 19, 2015. The State's first motion for extension of time was granted, extending the deadline for filing the brief to November 18, 2015. On November 19, 2015, the State filed a motion requesting an additional extension of time to file the brief until December 18, 2015, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE STATE WILL BE GRANTED**. The State's brief must be filed by December 18, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court